**STATE**

v.

**Kenneth OLIVEIRA.**

No. 80–293–C.A.

Supreme Court of Rhode Island.

July 3, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Charles J. Rogers, Jr., Providence, for defendant.

## ORDER

The defendant is directed to file the transcript in this case with the clerk of the Superior Court forthwith. Upon the filing of said transcript, the said clerk shall promptly transmit the record to this court.

DORIS, J., did not participate.